# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARL HAGLUND, | CASE NO. C17-1614 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KSHAMA SAWANT, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed Plaintiff's Motion for Overlength Brief (Dkt. No. 11). The motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Filed: November 27, 2017.

                       William M. McCool
                       Clerk of Court

                       s/Paula McNabb
                       Deputy Clerk