UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL HAGLUND,<br><br>                Plaintiff,<br><br>    v.<br><br>KSHAMA SAWANT,<br><br>                Defendant. | CASE NO. C17-1614 MJP<br><br>ORDER ON MOTION TO FILE SECOND AMENDED COMPLAINT |

The Court has received and reviewed Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 19) and Defendant's Response to Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 20). Defendant indicates no objection to the granting of Plaintiff's motion, wherefore

IT IS ORDERED that Plaintiff's motion is GRANTED and he is directed file his Second Amended Complaint with the Court forthwith.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated: January 10, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTUION TO FILE SECOND AMENDED COMPLAINT - 2