1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10 CARL HAGLUND,

CASE NO. C17-1614-MJP

11 Plaintiff,

ORDER DISMISSING
PLAINTIFF'S REMAINING
CLAIMS AND DIRECTING
ENTRY OF FINAL JUDGMENT

12 v.

13 KSHAMA SAWANT

14 Defendants.

15

16

17

18        THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss (Dkt. No. 63)

19 and the parties' Stipulated Motion for Dismissal of Plaintiff's Remaining Claims and for Entry of

20 Final Judgment (Dkt. No. 64). These motions (a) follow the Court's Order Granting Defendant's

21 Motion for Partial Judgment on the Pleadings (Dkt. No. 32), and (b) render moot Defendants'

22 Motion for Summary Judgment (Dkt. No. 33) and Plaintiff's Motion for Remand (Dkt. No. 62).

23 The Court now orders as follows:

24

1     1. All remaining claims asserted by Plaintiff Carl Haglund against Defendants

2         Kshama Sawant and the City of Seattle are dismissed with prejudice and without

3         costs or fees to any party;

4     2. Subject to paragraph 4 below, Plaintiff's Second Amended Complaint (Dkt. No.

5         23) may be, and it hereby is, dismissed with prejudice;

6     3. The clerk is directed to enter final judgment forthwith in favor of Defendants

7         Kshama Sawant and the City of Seattle, without costs or fees to either side; and

8     4. Neither Plaintiff's stipulation to dismissal of his lawsuit nor entry of final

9         judgment will foreclose Plaintiff from appealing this Court's order (Dkt. No. 32).

10        If Plaintiff does pursue such an appeal, Defendants may seek an award of their

11        fees and costs on appeal.

12 The clerk is ordered to provide copies of this order to all counsel.

13 Dated June 4, 2018.

14

15 _Marsha J. Pechman_ (signature)
Marsha J. Pechman
United States District Judge

16

17

18

19

20

21

22

23

24

1 | Presented by:

2 | PETER S. HOLMES
Seattle City Attorney

3 |
By: s/ Michael Ryan
4 | Michael Ryan, WSBA# 32091
Assistant City Attorney
5 | 701 Fifth Avenue, Suite 2050
Seattle, WA 98104
6 | Phone: (206) 684-8200
Email: Michael.Ryan@seattle.gov

7 |
K&L GATES LLP
8 |
By: s/ Robert B. Mitchell
9 | Robert B Mitchell, WSBA #10874
Raina V. Wagner, WSBA #45701
10 | 925 Fourth Avenue, Suite 2900
Seattle, WA 98104
11 | Phone: (206) 623-7580
Fax: (206) 623-7022
12 | Email: rob.mitchell@klgates.com
Email: raina.wagner@klgates.com

13 |
Attorneys for Defendants

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |